**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT WATSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GRACE ROGERS, et al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 07-2165 (GEB)<br><br>**ORDER** |

**BROWN, Chief Judge**

On May 10, 2010, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R") (Doc. No. 155), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the plaintiff's amended complaint be dismissed with prejudice. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to *de novo* review. *In re U.S. Healthcare*, 159 F.3d 142, 145-46 (3d Cir. 1998); *Temptations, Inc. v. Wager*, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); *see also* FED. R. CIV. P. 72(b). The Court has reviewed the parties' submissions and the R&R under the appropriate *de novo* standard, and

agrees with Judge Arleo's analysis of the *Poulis* factors[1] and conclusion that plaintiff has failed to prosecute this action and failed to comply with the Amended Scheduling Order of the Court and Local Civil Rule 10.1(a). Therefore,

IT IS THIS 2ND day of July, 2010 *[handwritten: GEB]*

ORDERED that Judge Arleo's R&R (Doc. No. 155) is adopted as the opinion of the Court; and it is further

ORDERED that the amended complaint (Doc. No. 6) is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk shall mark this case "Closed;" and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry.

~~ORDERED that~~ *[handwritten: GEB]*

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.

---

[1] In *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), the Third Circuit set forth six factors which must be considered in determining whether to dismiss a plaintiff's action.

2